1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ACADIA L. SENESE (CABN 251287)
   W.S. WILSON LEUNG (CABN 190939)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7301
      Facsimile: (415) 436-6753
8     E-Mail: acadia.senese@usdoj.gov

9  Attorneys for the United States of America

10
                      UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14  UNITED STATES OF AMERICA          )     No. 3-12-70706 MAG
                                       )
15                                     )
           v.                          )     STIPULATION AND [PROPOSED]
16                                     )     ORDER DOCUMENTING WAIVER
                                       )
17  HUGO GONZALEZ-RAZON,               )
                                       )
18         Defendant.                  )
                                       )
19  _____   )

20         With the agreement of the parties, and with the consent of the defendant, the Court enters

21  this order vacating the preliminary hearing date of February 19, 2013 setting a new preliminary
                                                                 26

22  hearing date for March 13, 2013, at 9:30 a.m., before the duty magistrate judge, extending the

23  time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding

24  time under the Speedy Trial Act from the date of this stipulation, to March 13, 2013.   The parties

25  agree and stipulate, and the Court finds and holds, as follows:

26         1.      The defendant, Hugo Gonzalez Razon, was charged in a complaint dated June 19,

27  2012, with one of unlawful reentry following deportation, in violation of 8 U.S.C. § 1326.   The

28  defendant was arrested on or about July 31, 2012, and presented to Magistrate Judge Elizabeth D.

1 | Laporte on the following morning, August 1, 2012.

2 |     2.      Since August 24, 2012, the date on which conflict counsel, undersigned Mr.

3 | Harris Taback, Esq., was appointed, the parties have met and conferred several times in order to

4 | pursue their plea discussions.  Although there has been some progress, the parties have not yet

5 | reached a final disposition.  Accordingly, the parties respectfully request, that excluding time for

6 | good cause under Federal Rule of Criminal Procedure 5.1, and excluding the time under the

7 | Speedy Trial Act, 18 U.S.C. § 3161, that the February ~~19~~ 26, 2013 preliminary hearing date be

8 | continued until March 13, 2013, to enable them to continue to pursue their plea discussions.

9 |     3.      Taking into the account the public interest in the prompt disposition of criminal

10 | cases, the above-stated ground is good cause for extending the time limit for a preliminary

11 | hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and

12 | for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the

13 | defense time for effective preparation and representation by seeking disposition of this matter

14 | prior to indictment on agreed-upon terms.

15 |     4.      Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the

16 | February ~~19~~ 26, 2013 preliminary hearing date and extends the time for a preliminary hearing until

17 | March 13, 2013, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period

18 | from February ~~19~~ 26, 2013 to March 13, 2013 be excluded from the time period for preliminary

19 | hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations

20 | under 18 U.S.C. § 3161.

21 | STIPULATED:

22 | DATED:  February 21, 2013                 /S/

23 |                                         HARRIS TABACK, ESQ. <br> Attorney for HUGO GONZALEZ RAZON, ESQ.

24 | DATED: February 21, 2013                  /S/

25 |                                         ACADIA L. SENESE <br> W.S. WILSON LEUNG <br> Assistant United States Attorneys

26 | 

27 | IT IS SO ORDERED.

    DATED:  February __25__ , 2013

28 |                                         HON. MARIA ELENA-JAMES <br> United States Magistrate Judge